Decided February 13, 1997

## JUDITH STILES *v.* HARTFORD CASUALTY INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 1 (AC 14987), is denied.

*Philip F. von Kuhn,* in support of the petition.

*Thomas P. Griffen* and *William J. Sweeney, Jr.,* in opposition.

Decided February 13, 1997